UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BRENDA CAMBRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-10-221-B-W |
| | ) | |
| JAMES F. MCINNIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 1, 2010 her Recommended Decision. The Plaintiff filed her objections to the Recommended Decision on September 16, 2010 and the Defendants filed their response on September 23, 2010. The Court has reviewed and considered the Magistrate Judge's Recommended Decision and it concurs with the recommendations of the United States Magistrate Judge for the reasons set for in her Recommended Decision, and it determines that no further proceeding is necessary.

The Court hereby ORDERS:

1) The Government's Motion to Substitute (Docket # 16) is GRANTED and the United States of America is substituted for the individual defendants James F. McInnis and Shellee Dykstra and the

individual defendants James F. McInnis and Shellee Dykstra are hereby DISMISSED as party Defendants;

2) The United States' Motion to Dismiss (Docket # 17) is GRANTED and the Complaint is hereby DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.  
JOHN A. WOODCOCK, JR.  
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2010